O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR00-258-CAS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| ANTON JAMAL COLLINS, | ) | |
| Defendant. | ) | |
| _____ | ) | |

On July 25, 2016, this matter came before the Court on Petition on Probation and Supervised Release originally filed on January 11, 2007. Government counsel, Michael Freedman and Ellen Lansden, the defendant and his appointed Deputy Federal Public Defender attorney, Kim Savo, were present. The U.S. Probation Officer, Joe Torres, was also present.

The Court grants the government's request to amend allegation no. 1, by striking the reference of the November 8, 2005 date. The defendant admitted the allegations, in violation of his supervised release, as stated in the Petition filed on January 11, 2007. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on April 26, 2001.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of TIME SERVED (Release No. D9205). Upon release

from imprisonment, defendant shall be placed on supervised release for a term of thirty-six (36) months, under the same terms and conditions previously imposed.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: July 25, 2016

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By: ___/S/_____
Catherine M. Jeang, Deputy Clerk